■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FLAVIO PATRICIO LEON, Appellant. [42 NYS3d 835]—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered June 11, 2013, convicting him of course of sexual conduct against a child in the first degree and course of sexual conduct against a child in the second degree (two counts), upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We are satisfied with the sufficiency of the brief filed by the defendant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), and, upon an independent review of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted (*see id.*; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252 [2011]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Dickerson, Maltese and Connolly, JJ., concur.